# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 DEC 16 PM 6:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

                                  Case Number 2:99CR20220-02-D

EDWARD BISHOP
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Edward Bishop, was represented by Mary Catherine Jermann, Esq.

It appearing that the defendant, who was convicted on January 10, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and the Court hereby imposes a term of Supervised Release set to expire on **July 30, 2006.**

FURTHERMORE, the defendant shall be subject to the previous conditions of release and as an additional condition the Court directs that the defendant continue with a Drug Treatment and Counseling and report to the Probation Officer as directed.

Signed this the ___16___ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 05/28/1973
U.S. Marshal No.: 17023-076
Defendant's Mailing Address: 4305 Wendy Lou, Memphis, TN 38116

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:99-CR-20220 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT